IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

AUG -7 2017

Clerk, U.S. District Court
By:_____ Deputy Clerk

Dustin D. Coffman LPN SR IV )
RR 3 Box 9 )
Hooker, OK 73945 )
(Enter above the full name of the Plaintiff(s) )
)
vs. )   Case Number 17-4070-SAC-GEB
)
Hutchinson Community College )
Name )
1300 N. Plum )
Street and number )
Hutchinson   KS   67501 )
City   State   ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff Dustin D. Coffman LPN II

Address RR 3 Box 9

Hooker, OK 73945

1

B.     (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

[✓] 1.   This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____ ; Statute, US Code, Title_____, Section_____ .

[✓] 2.   This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

[✓] 3.   Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

III.   Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

_See attached Petition -_

_Requesting Mediation 16.3 title -_

_____

_____

_____

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

3

_____

_____

_____

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?  Yes ☒   No ☐

VI.  Do you claim actual damages for the acts alleged in your complaint?
Yes ☒   No ☐

VII.  Do you claim punitive monetary damages?   Yes ☒   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Same damages awarded in Fed. case Zwich v. University of Michigan see attached petition.

Requesting Mediation under title 16.3 of the Federal A.D.R. 16.3

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [✓]   No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

College Academic appeal V.P. appeal
college Comm'tte appeal Academic
See attached Petition

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

[✓] This cause, or a substantially equivalent complaint, was previously filed in this court as case number O6-1263q and assigned to the Honorable Judge Marranne O. BATTANI

[ ] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

_____
Name (Print or Type)

_____
Address

5

_Hooker OK 73945_
City     State     Zip Code

_580-652-2966_
Telephone Number
_580-461-0792_

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City, or ☒ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☐ Yes or ☒ No }  Request Summary Judgement
(Select One)

_____
Signature of Plaintiff

Dated: _____
(Rev. 10/15)

6