# **List of Exhibits to accept all documents to the Court If Mediation Fails and will need to be disclosed to the Mediator for settlement out of court.**

1. Exhibit – Academic Rules for dismissal official Hutchinson Community College student Hand Book.
2. Exhibit – Disciplinary Rules for dismissal official Hutchinson Community College Hand Book
3. Exhibit – Official School Issued Transcript
4. Exhibit – Clinical Grades 96.6
5. Exhibit – United States Army DD-214 official with signed VA rep signature.
6. Exhibit – Last standing Order from United States Army Reserves Commander- Col.  Red Document- Honorable Discharged Also with VA reps signature on the packet
7. Exhibit – Official letter from V.P Cindy Hoss V.P upholding the Academic Dismissal
8. Exhibit - Committee Letter Meeting with Sept. 28 2015 date
9. Exhibit – Post 9/11 Gi Bill Veteran Dispursements and offsets due to the malice from the schools.  Student had to Repay VA for B.A.H ( Basic Allowances For Housing)
10. Exhibit -  U.S. Army Award for Volunteering During Operation Enduring Freedom  (Duty Post United Stated Southern Command
11. Exhibit-  Official  Hutchinson Community College Contract with evidence proving fraudulent statements   Schedule anywhere screen shot with Hospitalist that offered me the Post at Hutchinson Regional Hospital
12. Exhibit   Official Contract without any statements or changes
13. Exhibit   13   Email corresponance from Mark Stafford Attorney at law for contract review and issues that were made aware of to the School Official

14. Exhibit Entire Vice Presidents Appeal Academic on Audio and Committee Academic Appeals on Audio.
15. Exhibit 8th edition Text Book for clinical make up
16. Exhibit 7th edition Work book
17. Exhibit Virtual clinical software CD
18. Exhibit Affidavit of David Coffman and Diana Helms to telephone Conference call between Dustin Coffman to Kathy Sanchez "We can just forget about the contract and make up and figure out something different next semester.
19. Exhibit High Plains Mental Health Document and psychotherapy notes for mental suffering/ Adhd dx. General anxiety disorder, Adderall RX.
20. Exhibit Kansas State Board Official Rules and Regulation Document for Unprofessional Conduct KSA 60 -30 -110
21. Exhibit Enrollment Status and Billing Statement from HCC for Last two classes of the Bridge Program.
22. Exhibit Official Academic Appeals Dismissal letter with Signature VP Cindy Hoss showing breach of contract by the college. Grades and only be used for academic dismissals Read the hand book
23. Exhibit Official Committee Academic appeals Dismissal letter shows Breach of contract by the college. Grades can only be used in academic dismissals read the handbook.
24. Exhibit Emails from the Appeals Committee stating the College "We lost both the V.P. academic appeals and the committee appeals videos and audios prior to seeing the President Dr. Carter File."

25. Exhibit – Psychotherapy Notes From High Plains Mental health By Col. US ARMY. And Jospheph Mungrup showing the mental suffering and disturbances this and the fake internet photo has cause.
26. Exhibit – V.A. Official Award of Benefits to Spc-4 Dustin D. Coffman
27. Exhibit  - S.O.R archive Photo with Fake caption stating I am a sex offender under Texas County. States Active and registered in Hooker.
28. Exhibit   Official Court Document Record that shows adjudication of "Not Guilty And Dismissed without prejudice
29. Exhibit – FBI IC3 Complaint and evidence of the fraud cases against S.o.R archives

30. Exhibit- Emails to Kansas State Attorney General's office about the Fraud Photo. And case number
31. Exhibit -Emails and Fraud Compliant to the Attorney General State of Arizona for the fake photo and Case number
32. Exhibits KNAP 11 months of U.A. testing random for Monitoring and Quality assurances and to ensure public safety.
33. Exhibit  Official  Letter from Hooker Police Department from the Chief of Police Not registered
34. Exhibit Official Letter from the Guymon Police Department with signature. Not Registered
35. Exhibit Letter from the Governor's Office of the Great State of Oklahoma Dustin D. Coffman has 1. no convictions all cases
    2. All cases were dismissed
    3. Document was a it was a pardon application
    4. Person has to be convicted to get a pardon. Felony cases no convictions
36. OSBI Official Espongements of All NICIC Arrests to Charges for Felonies, Oklahoma does not show the dispositions of the cases only that one was arrested. Painting a bad picture. One has to wait 1o years with zero negative police involvement, to even apply for a N.c.i.c. espongements even if the person was found not guilty in a court of law. Not cool "Innocent until proven guilty in a court of law" Not here... even if found not guilty you still are treated as guilty EVEN IF you win the case.

# **Settlement Parameters for Mediation**

Settlement Agreement For Mediation Proposal

1. 400,000.00 usd
2. Back to my last two classes @ Hutchinson Community College
3. Kaplan Review for Nclex testing
4. Last 14 Clinical days with Linessa to keep the drama down NO jay ballard No Kathy Sanchez
5. New First Legal Name change to offset the fraud photo on the internet no Aka. All new...Public Perceptions is very important in our field. Must keep the patient safe, comfortable, and stress free while keeping them on the path to recovery and full homeostasis THIS IS A MUST.
6. All solid evidence to Hutchison Community College from Tim Coffman Ie Phone calls, Faxes, emails to be used in a Civil matter Against him and his employer
7. JOB OFFER POST GRADUATION AT ANY HOSPITAL IN KANSAS WITHOUT INTERFERENCE. VA OR REGONIAL HOSPTIAL PERFERED. ER PREFERED FOR TRAINING TO GET YEAR IN FOR TRAVEL NURSING AND FLIGHT. SALARY IS NOT THE ISSUE THE TRAINING IS.
8. NO INTERFERENCE AT MY LAST TWO CLASSES. UNLESS I MESS UP.

# Matters to be shelved and Never Used in Writing, Except for Admin hearing defense if another hearsay case is used at the Board of Nursing.

1. Any and all actions against Hutchinson Regional Hospital for forced ER visit and false positive UA on the benzodiazepines. Have three other UAs same day with my Adderall present chain of custody vouchers all neg for Benzos. Benadryl can cause a false positive and I have allergies. Took two tabs the morning of clinical.
2. Any and all actions again Pratt Community College for same procedural civil court matters as is Hutchinson. Have evidence just as extensive on that matter. No communication device was taken into the Issca Ray building confirmed by SGT of the Watch. Behaviors were on a patient at Pratt clinical rotation not on me. Witnesses were four hospital security staff. This matter will be shelved in writing.

3. KNAP Issue with the testimony of the error on the record by Assistant director will be shelved and never to be used.

4. Any and all actions against any H.C.P. for the skin issues that were misdiagnosed.

5. ANY AND ALL MATTERS V HUTCHINSON REGIONAL HOSPITAL

6. ANY AND ALL MATTER V PAST EXCUTIVE BRANCH PERSONNEL IN KANSAS

7. ANY AND ALL MATTER CIVIL V TEXAS COUNTY SHERRIFF MATT BOLEY

DATE: _____

SIGNATURE: _____