IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DUSTIN D. COFFMAN,

            Plaintiff,

vs.                                      Case No. 17-4070-SAC-GEB

HUTCHINSON COMMUNITY COLLEGE, et al.,

            Defendants.

### **O R D E R**

This case is before the court upon plaintiff's *pro se* motion for summary judgment. Doc. No. 8. The motion only sets forth general guidelines regarding common legal practices for summary judgment motions. It does not expressly ask for judgment upon a particular claim or against a particular defendant. Nor does it contain a statement of material facts (as required by Local Rule 56.1) or a memorandum applying the law to the facts to support the entry of summary judgment. Even giving the motion a liberal construction, as required for *pro se* pleadings, the court must order that the motion be denied without prejudice. Plaintiff may refile another summary judgment motion at a later time. If plaintiff chooses to do so, he is advised to first review the provisions of Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of Practice and Procedure for the District of Kansas.

**IT IS ORDERED** that plaintiff's motion for summary judgment (Doc. No. 8) be denied without prejudice.

Dated this 30th day of August, 2017, at Topeka, Kansas.

s/Sam A. Crow
Sam A. Crow, U.S. District Senior Judge